**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 208 DB 2019  (No. 9 RST 2020) |
| | : | |
| JEANMARIE BROWNE | : | Attorney Registration No. 75745 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Lehigh County) |

**O R D E R**

**PER CURIAM**

**AND NOW**, this 30th day of January, 2020, the Report and Recommendation of Disciplinary Board Member dated January 23, 2020, is approved and it is ORDERED that Jeanmarie Browne, who has been on Retired Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.